IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on November 1, 2013

| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| --- | --- | --- |
| v. | : | |
| KRZYSZTOF WASIK, | : | VIOLATION: |
| Defendant. | : | 18 U.S.C. § 844(e) |
| | : | (Threatening and Conveying False Information Concerning Use of an Explosive) |

Case: 1:13-cr-00312
Assigned To : Collyer, Rosemary M.
Assign. Date : 11/14/2013
Description: INDICTMENT (B)

**INDICTMENT**

The Grand Jury charges that:

## COUNT ONE

On or about April 10, 2013, in the District of Columbia, the defendant, KRZYSZTOF WASIK, by means and use of an instrument of interstate commerce, that is, a truck used as an interstate carrier, and in and affecting interstate commerce willfully threatened, and maliciously conveyed false information knowing the same to be false concerning an attempt and alleged attempt, to unlawfully damage and destroy a building, vehicle, and real property by means of an explosive.

(Threatening and Conveying False Information Concerning Use of an
Explosive, in violation of Title 18, United States Code, Section 844(e))

A TRUE BILL

FOREPERSON

*[signature]*
Attorney of the United States in
and for the District of Columbia